UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

UNITED STATES OF AMERICA )
)
        V.                )        CRIMINAL NO. 02-30043-MAP
)
)
ROMAN ZHIRNOV
ANDREY BUYNOVSKIY

U.S. DISTRICT COURT
DISTRICT OF MASS.

## MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of defendant,
pursuant to 18 U.S.C. Section 3142(e) and (f).

1.  Eligibility of Case.  This case is eligible for a
detention order because it involves (check all that apply):

_____ Crime of violence (18 U.S.C. Section 3156)

_____ Maximum sentence life imprisonment or death

_____ 10 plus years drug offense

_____ Felony, with two prior convictions in above
categories

__X__ Serious risk defendant will flee

__X__ Serious risk of obstruction of justice

2.  Reason for Detention.  The court should detain defendant
because there are no conditions of release which will reasonably
assure (check one or both):

__X__ Defendant's appearance as required

__X__ Safety of any other person and the community

3.  Rebuttable Presumption.  The United States (will will
not) invoke the rebuttable presumption against defendant under
Section 3142(e).  (If yes) The presumption applies because (check
one or both):

_____ Probable cause to believe defendant committed 10 plus year drug offense or firearms offense, 18 U.S.C. Section 924(c)

_____ Previous conviction for "eligible" offense committed while on pretrial bond

4.  Time for Detention Hearing.  The United States requests the court conduct the detention hearing,

_____ At first appearance

__2__ After continuance of ____ days (not more than 3)

5.  Witnesses.  The United States intends to call the following witnesses:

Proffer of AUSA.

The amount of time for direct examination of these witnesses is estimated to be:  one-half hour.

6.  Other Matters.

_____

_____

_____

DATED this __28_ day of _January____, 20_04_ .

_____
Assistant United States Attorney

2