UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2005 JAN 14  P 2: 23

U.S. DISTRICT COURT
DIST. OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No.: 02-30043-MAP |
| | ) |
| ANDREY BUYNOVSKIY | ) |

## MOTION FOR TRANSCRIPTS OF UNITED STATES v. HENRY LEE—03-30043-MAP AND MOTION FOR FUNDS FOR TRANSCRIPTS

Now comes the Defendant, Andrey Buynovskiy, and moves this Honorable Court to provide him with the entire transcript in the trial of <u>United States v. Henry Lee</u>—03-30043-MAP, which took place from on or about January 7, 2005 through January 13, 2005.

Additionally, the Defendant respectively moves this Honorable Court to authorize payment in order that he may pay for the transcripts so requested above. In support, the Defendant has attached an affidavit to the following motion.

Respectfully Submitted,
Andrey Buynovskiy
By His Attorney:

*Joseph D. Bernard /djr*
Joseph D. Bernard
The Law Offices of Joseph D. Bernard, P.C.
73 State Street, Suite 301
Springfield, MA 01103
(413) 731-9995
BBO#: 557986

Date:   January 12, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No.: 02-30043-MAP |
| | ) |
| ANDREY BUYNOVSKIY | ) |

## AFFIDAVIT IN SUPPORT OF MOTION FOR TRANSCRIPTS AND MOTION FOR FUNDS FOR TRANSCRIPTS

Under oath I depose and state:

1. I, Joseph D. Bernard, am the attorney of record for the above-mentioned Defendant, Andrey Buynovskiy.

2. Upon information and belief the government intends to offer into evidence one Carlos Ortiz, an informant, as part of their case-in-chief.

3. Upon information and belief Mr. Ortiz testified in the matter of United States v. Henry Lee—03-30043-MAP, in a similar capacity as an informant. Mr. Ortiz' testimony regarding his background as an informant is a central issue in Mr. Buynovskiy's defense. Upon information and belief, the transcripts of United States v. Lee would provide defense counsel with the appropriate information and ensure that the Defendant receives an effective defense.

4. Additionally, I was appointed counsel in the above-mentioned matter. Upon information and belief the Defendant is indigent and has no monies available to pay for the transcripts. Upon information and belief the transcript is necessary for the effective representation so as to not subject the Defendant to a disadvantage in preparing and presenting his case.

Respectfully Submitted,
Andrey Buynovskiy
By His Attorney:

_____
Joseph D. Bernard
The Law Offices of Joseph D. Bernard, P.C.
73 State Street, Suite 301
Springfield, MA 01103
(413) 731-9995
BBO#: 557986

Date:   January 12, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No.: 02-30043-MAP |
| | ) |
| ANDREY BUYNOVSKIY | ) |

## CERTIFICATE OF SERVICE

    I hereby certify that I served a copy of the foregoing Motion, by Hand Delivery, this 12th day of January, 2005 on:

Assistant United States Attorney
Kevin O' Reagan
U.S. Attorney's Office
1550 Main Street, Room 310
Springfield, MA 01103

_/s/ Joseph D. Bernard_
Joseph D. Bernard
The Law Offices of Joseph D. Bernard, P.C.
73 State Street, Suite 301
Springfield, MA 01103
413-731-9995
BBO#: 557986