UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| vs. | ) Criminal Action No.: 02-30043-MAP |
| | ) |
| **ANDREY BUYNOVSKIY** | ) |

## SUPPLIMENTAL AFFIDAVIT IN SUPPORT OF HIS MOTION TO SUPPRESS

Under oath, I depose and state:

1. My name is Andrey Buynovskiy and I am the above-named defendant in this matter.

2. This Affidavit has been read aloud to me by my lawyer Joseph D. Bernard. I am unable to read English.

3. Despite my ability to communicate and comprehend most English words I never learned to read English.

4. I was born and raised in Russia and came to the United States of America in 1992. Unfortunately, I dropped out of the Ninth (9th) Grade from Putnam High School in Springfield, Massachusetts.

5. On or about January 28, 2004 I was arrested by members of the Springfield Police Department. I later learned that they were assisted by agents of the Springfield Massachusetts Eurasian Task Force, the Boston ATF agents, Portland Oregon ATF agents, and FBI agents. I never remember being provided any particular rights from the officials asking me questions. I was instructed to sign certain documents but I never was able to read these documents nor where they ever explained to me.

6. Shortly thereafter, law enforcement officials began to question me about the incidents which make up the basis of the above charges.

7. I felt threatened, scared, and believed that I was not free to leave and had no choice but to answer the questions as the officials ordered.

8. At no time did I knowingly and intelligently sign a waiver of rights form.

SIGNED UNDER THE PAINS AND PENALITIES OF PERJURY.

Date:                                                          _____
                                                                          Andrey Buynovskiy