UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Criminal Action No.: 02-30043-MAP |
| | ) |
| ANDREY BUYNOVSKIY | ) |

**AFFIDAVIT IN SUPPORT OF THE DEFENDANT'S MOTION TO SUPPRESS**

Under oath, I depose and state:

1. My name is Irene Buynovskiy. I reside at 569 Wilbraham Road, Springfield, Massachusetts.

2. I am nineteen years of age and have lived with Andrey Buynovskiy all of my life.

3. My family and I came to the United States of America in 1992.

4. I remember my brother having trouble throughout school and eventually dropped out of Putnam High School during the Ninth (9th) Grade.

5. At this point I am able to both speak and read the English language.

6. Unfortunately, my brother Andrey Buynovskiy has never learned to read the English language. I often assist him in reading letters and other written pieces of communication.

SIGNED UNDER THE PAINS AND PENALITIES OF PERJURY.

Date: 1/5/04

Irene Buynovskiy