UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Criminal Action No.: 02-30043-MAP |
| | ) |
| ANDREY BUYNOVSKIY | ) |

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing Affidavits in Support, by Mail, this 26th day of January, 2005 on:

Assistant United States Attorney
Kevin O'Reagan
U.S. Attorney's Office
1550 Main Street, Room 310
Springfield, MA 01103

*Joseph D. Bernard /dj/*
Joseph D. Bernard
The Law Offices of Joseph D. Bernard, P.C.
73 State Street, Suite 301
Springfield, MA 01103
413-731-9995
BBO#: 557986