UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No.: 02-30043-MAP |
| | ) |
| ANDREY BUYNOVSKIY | ) |

## MOTION FOR DOWNWARD DEPARTURE

Now comes, Andrey Buynovskiy, in the above-entitled matter and respectfully moves this Honorable Court for a Downward Departure. In support thereof, Mr. Buynovskiy states that such a downward departure is warranted for the following reasons:

1. The Defendant had "minimal participation" in the concerted activity and is entitled to a total reduction of four (4) levels pursuant to §3B1.2, as opposed to the two (2) levels proposed in the Pre-Sentence Report;
2. Mitigating Circumstances not adequately taken into consideration by the U.S.S.G. pursuant to §5K2.0; and
3. Family Ties and Responsibilities pursuant to §5H1.6

A Memorandum of Law is attached in support of the following motion.

                 Respectfully Submitted,
                 Andrey Buynovskiy
                 By His Attorney:

                 _____
                 Joseph D. Bernard
                 The Law Offices of Joseph D. Bernard, P.C.
                 73 State Street, Suite 301
                 Springfield, MA 01103
                 (413) 731-9995
                 (413) 730-6647 fax
Date: March 17, 2006         BBO#: 557986