# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No.: 02-30043-MAP |
| | ) |
| ANDREY BUYNOVSKIY | ) |

## THE DEFENDANT'S SUPPLEMENTAL STATEMENT OF FACTS

The Defendant has no objection to the Government's version of events as submitted to the United States Probation Office to be included in the Pre-Sentence Report.

The Defendant does supplement the statement of facts by informing the court that he had no knowledge of the number of weapons Mr. Safanov was distributing or intending to distribute at the time Mr. Buynovskiy was directly involved. Mr. Buynovskiy recognizes that this is no defense to the particular charge, but does want to emphasize that once he recognized the nature and scope of Mr. Safanov's actions he had no further involvement in the exchange and sale of any firearms. Mr. Buynovskiy, at this point, put distance between himself and the rest of his co-defendants by not taking part in their future transactions with Mr. Ortiz. This, Mr. Buynovskiy realizes, does not exonerate him from his prior conduct but feels that it does show his role in the conspiracy to be limited.

Respectfully Submitted,
Andrey Buynovskiy
By His Attorney:

Joseph D. Bernard
The Law Offices of Joseph D. Bernard, P.C.
73 State Street, Suite 301
Springfield, MA 01103
(413) 731-9995
(413) 730-6647 fax

Date:   February 14, 2006     BBO#: 557986