# EXHIBIT B

To judge!

I am, Yelena Buynovskaya, mother of Andrey Buynovskiy, came to USA from USSR as a refuge (injustice judgement with our family, parents, grandparents). We believe on an American justice and ask you about a mercy for Andrey and me.

Andrey is my old son. After my husband's (Andrey father) death and after my illness (cancer inside a head) I so need help from Andrey (grow up my yonderst children, help with a job, help with maintains my old house....

The Bible say: "For he shall have judgment without mercy, that has shewed no mercy, and mercy rejoiceth against judgment (James 2-13)

Thank you for yor help and mercy

Yelena Buynovskaya
02.01.2006

Dear, Judge Ponsor

    My name is Anna Buynovskaya. I am Andrey Buynovskiy's youngest sister. I am only fifteen years old and going to high school, I do understand that he did something wrong, but my brother Andrey is a big help to the family. I was thirteen when I lost my father and grandfather since then Andrey has been and still is a father figure to me. He is a tremendous help to my mom. That cold winter, when I lost my father and grandfather. Something was wrong with the heater and none of us had enough money to hire some one to fix it, Andrey fixed it. This is one of many incidents that happened. Thank you for listening to me.

Sincerely,

*Anna Buynovskaya*

Anna Buynovskaya

Sergey & Nadia Sychev
871 Piper Rd.
West Springfield, MA 01089

Dear Judge Ponsor,
    We, Sergey and Nadia Sychev have known Andrey Buynovski for at least 3 years. He also attended school with our son Yuriy. While we were building our house he did an excellent job helping us, and his younger brother Vladimir was also working for us. We know Andrey as a very hard working person also, an honest businessman. The mistake he did in the past, he regrets and is very sorry for. We are positive that he will not repeat the same mistake. Please consider the least possible punishment for him, and we are asking you to forgive him and give him another chance to prove himself.

                                                With great Sincerity,
                                                     The Sychev Family

Dear Judge Ponsor,

My name is Tatyana Basa. I am an Andrey Buynovskiy's older sister. I am writing to you petition for reducing Andrey's sentence to a minimum as possible, and big part of it because of the concern about my mother health. My mom previously had a cancer and I believe that one of the reasons it because of her worries for all her kids. She recently lost her husband, my dad, and two month later she lost her father, live is very hard for her. She is taking care of all the kids, and her ill mother.

I am with my family and older sister live far from her, in California, so we cannot help my mom much, because of the distance. Andrey is by her side, and he is the one who is taking care of her, and helps her out with a house repairs, car repairs, and other things. It would be really hard on mom when he will be put away, he is her right hand.

I grew up with Andrey in a big poor family, and I remember taking care of him when we were little, he was a bright kid with a big imagination and big heart. I remember fooling him when we were playing, and if I wanted a toy that he was playing I just pretend crying and he always gives me that toy. We went throw persecution in school back in Ukraine, and moving to new country with different culture and language wasn't easy too.

Andrey is sorry for what he done, he need another chance. He has a lot of good in him one of his dreams was to have his own business, and that what he does right now. He has a good potential and could be a valuable member to this society. I understand there is a consequence for action, but I am asking for a mercy. Please.

Thank you for your time,

*Tatyna Basa*

Dear judge Ponsor

I am Andrey's brother in-law. I know Andrey for sixes years. When I was working at construction, I took him to work with me. He was a hared worker. He learned a lot about the business. Then he moved on buy opening his own construction with his brothers. I was amazed that he moved on with his life in the business. When his father past away he took, allot of responsibility on him self. He helps his mother around the house and supporting his family. He changed a lot and I am proud of hem. I jest do not want to see his business foul apart when he serves his time. I am sure that he learned from his mistakes.

*[signature]*

Dear Judge

My name Is SERGEY ZUBENKO I go to The full gospel church In Westfield, Mass were I meet Andrey Buynovskiy In December of 2004. From that time I new Andrey as a responsible and carving person. Also I new him As A hard worker And loves his family very much. He Is the head of His family Since his father died About Two years ago from diabetes I know That he Is aware of what he has done Is wrong and he needs to face the Consequence's But I am asking you please have petty for his family for they will Not be able to pay all the bills with out him. And might lose There house so Please If there Is any way That you Can keep him out of Jail you would be helping his family a lot

His friend
Sincerly SERGEY ZUBENKO

Thank you

March 2, 2006

Dear Judge Poncor:

The purpose of this letter is to introduce you to my opinion and admiration of Andrey Buynovskiy (spelling varies because of the translation from the Ukrainian language). I truly believe that he is one of the kindest people I have had the fortune of meeting during the 22 years of my life.

I met Andrey in middle school when I first immigrated to United States from Russia. I was a new comer with no knowledge of the language. One particular moment stood out to me, which I will always remember, when a crowd of kids surrounded me and were laughing at the way I was dressed. Andrey came to my rescue and because he was bigger in size, he made them leave me alone. He had no idea of who I was and did not even know my name.

As I progressed to a higher grade, I had class where we learned English as a second language. This is where I officially met Andrey and we became somewhat friends. I saw that even though Andrey struggled and was very frustrated at times because he was not grasping the information as fast as the other kids, he was still passed every year.

As we became older, I spent more time with Andrey and began to think the world of him because he was so good with kids and was always there when I needed him. We were even in the same bridal party for Andrey's younger sister Natalya and no I am her son's godmother. As time went by I began to think of him as an older brother who if I ever needed a helping hand would be there in a heart beat.

Andrey is a wonderful person with a big heart. The purpose of this letter is to inform you of my experience of knowing Andrey for the past eleven years. Thank you for taking your time to read this and I hope you can find it in your just heart to have compassion for this man regardless of whatever mistakes he has made.

Truthfully,

Yekaterina Gorbovets

Dear judge Ponsor

    My name is Natalya B. Lisovets. I am Andrey's younger sister. I am sixth one in the family closer to Andrey's age. We are like best friends. When I heard that my brother Andrey got in to trouble with the law I could not believe it, I was heart broking. Andrey is a good person, he has a sweet heart, he will help anyone in trouble and he is a hared working person.

    When we wore little kids, we wore always together. In Russia, Andrey and I went to the same school together. Our school was far from our house. In addition, throws the woods. Andrey class was over before mine and his friends always wanted him to go home with them; but he always waited for me and waked me home. Not ones he left me behind. Even wane he was outplaying with his friends, he always late me play with them, because we wore attached to each other like best friends. When we were coming to America we were exited, we thought the best of it. When we came to America, it was extremely hared fore us to adopt deferent coulter. We were good students in Russia but when we came here we were not doing so good because we started from zero. It was extremely hared period for us. In school we had trouble with kids because they wore making fun of us how we dress how we spoke and how big are family is. Even teachers were making fun of our family. One Example, when they asked us "how mane brothers and sisters do you have?" and I would tell them "twelve" they would say "wow! I bet they dint have TV." We wore sow embarrass. Second example; One of the student told me to go bake where I came from it was so insulting that made me angry because I came her for a better life like everybody else how dare they tell us to go back where we came from, they didn't owned this country. Third Example, we wore embarrass to tell people were we came from, I do not know why but they hated Russians people. These are some examples that happened throw out are child hood. The insults never stopped. We felt that we did not belong her, because we were not reach not well dress and have big family. However, when I tell Andrey my fillings He helped me to manage them, he all ways conferred me. He all ways tells me forget about problems do not make them be on your way because we need to make bather of our life. There fore I all ways come to him for advice and he gives me the best on. We are always there for each other.

    I also know that he is a tremendous help for my mother. He supports her emotionally and physically. Andrey is a good person I know that he learns from his mistakes. Andrey always hopes to become successful in his life. He puts a goal in front of him and he reaches for it, then he pots another one and so on. He do not want to waste his life, he wants to achieve something good out of it. I am asking you to look at him as a good person, even though he made a mistake. I pleading you to give him second chance, because we need him to be hear with us.

Dear Judge,

My name is Oksana Buynovskaya, I am oldest sister of Andrey Buynovskiy. I am writing this letter because I am do dearly care about my brother. I was like a second mom to him that's why I could speak up for him. Even though he had a hard childhood; persecuted in a country he was born in, adapting to a new country often being laugh at and pick at, learning new language, and on a top of it having abusive father, he made it through. I know him as a guy who stands up for his friends. I remember him growing up; he was always looking up to an older people. I guess this time it was not right people. I doesn't know much that incident he got involve himself into, but believe me he is sorry for everything he got himself involve into. I do respect you position and power; but I am asking for a mercy.

Sincerely,


Oksana Buynovskaya

TO: HONORABLE JUDGE PONSOR
REGARDING: ANDREY BUYNOVSKIY




SVETLANAKOROBKOV

  Dear Judge Ponsor I would like to share with you my knowledge of Andrey Buynovskiy, knowledge which I collected during the period of my life with Andrey, as a second oldest sister. Andrey is fifth child in our family, second of five boys.

  From the time he was born Andrey was known as sweet, sensitive, kind and always well intentioned person. As a child Andrey would cry if he saw someone hurt or upset. At times he might be naive when it comes to trusting people. As an individual Andrey is not a leadership kind of a person, although people like to be around him because he has a graceful presence around him. His openheartedness sometimes made him vulnerable, and his oldest brother would take advantage of him in childhood, but as Andrey grew he got wiser and tried to avoid that kind of situations. For example he stopped sharing information about how he got clients to race leafs or shovel snow. And there were many little incidents like this.

  Although Andrey was not the first boy in a family: and I'm saying that because my father was eagerly awaiting birth of a son after three failed attempts, together they have done more projects then with all of the rest boys combined. They were fixing family car, changing siding, replacing windows and doing all kinds of handyman work around the house.

  After my father passed away, even up until this day, Andrey still caries on. In addition to that he began to worry about younger brothers who where dropouts. Andrey tried to motivate them, set some goals for them, create a work place for them, teach them good work ethics. If it wasn't for him I don't know where they would be now. To sum it

up I would say Andrey is considered peoples person who trice to please people around him.

 Regarding my personal relationship with Andrey it is hard for me to think even of one conflict with him. I guess he is easy to get along with. And I always can rely on him to help me of I am in need of help. For example if I had to work late I could rely on him to pick up my kids from school, and little family things like that. He is also an inspiration to my oldest child, because when Andrey started business he was only nineteen years of age. As long as I can remember he was occupied with work and building his business. And it is not a very easy job to start and sustain a business.

 I would like to express my gratitude to you Judge Ponsor, and thank you for taking your time to read and consider what I had to say. If any questions should arise please feel free to contact me by phone (413) 731-1520 or by mail
  145 Manchester Terrace.
  Springfield, MA 01108


Sincerely

Svetlana Korobkov
*Svetlana Korobkov*

To the judge. Ponsor.

Vladimir Buynovskiy - yonger brother of Andrey. Now when I not have a father, Andrey help me with any problems (advise, work) He helped me finish home shool (pay bills) Now he help me with a job on his constraction.
He is one on our family, who has a good job (buisnes constraction) and support a family.

Dear Judge Ponsor,

    Hi my name is Irina Buynovskaya. I am Andrey Buynovskiy's younger sister. If Andrey will be put away for a long time, my family and me will be heart broken. As a person Andrey is a really nice and caring person. He did always help me when I needed his help. My life is safe and I owe it to my brother Andrey, he always protects me. He always stood up for me. When my father passed away I started looking up to Andrey as my dad. Right now Andrey is a brother and a father figure in my life. I am asking to see him not only as a person who did mistakes, but also as a good person who help a lot of people. Thank you for taking your time to read this letter.

Sincerely,

Irina Buynovskaya

Dear Judge Ponsor,

Hi my name is Pavel Buynovskiy. Andrey Buynovskiy is my older brother. He is close to me. He is really a big help to my family and me. Andrey and I are partners in a business called Affordable Quality Installation. He is really a hard worker I had never seen anyone work as hard as Andrey. As a brother Andrey is a good and smart brother. When we lost our father we were lost and did not know what to do and some body needed to do some thing so Andrey stood up and took our father's position. My mother and her younger kid's are looking up to Andrey. He also is being a good role model to our family.

When it comes to business, Andrey know how to talk with customers and how to communicate with them. He always keeps his mind positive about business. I really enjoy working with him. I also want to point out that he is an asset to this country. He has an American dream to have a business and to make his business grow. He helps people by providing jobs. I hope you will see him as a valuable member to this society, not as a criminal. Thank you for your time.

Sincerely,

Pavel Buynovskiy

Dear Judge Ponsor my name is Alla Buynovskaya. I'm going to tell you about Andrey Buynovskiy. He is my oiber brother. After my dad die Andrey took his place to look after use. and help my mother. Andrey does. and fixs thing around the house that need to be done. He makes sure that notthing would happen to me (get heard.) And now that I have takeing Home School he is going to give me advise so i can be responsibol (pay, mony, and job.)

Dear judge i am Vitaliy Buz[...] the youngest brother of Andrey. I tell you about my older brother Andrey. He help me to stay away from a bad things. S[...] now wen [...] my father he thche me to good things and not to [break] the law. Also he help me with a job work at constrction. and Andrey help a lerg bad[ly] in my famil[y] and we need him outside.