# EXHIBIT C

Student ID: 16762504          BOYNOVSKIY, ANDREY

| | Grd | Year | Abbr | Sec | Crse Text | Grade Lvl Cnt | GPA | In Cum Cred | Term 1 Mrk Credit | Ter Mrk C |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 06 | 94/95 | 6005A | 23 | WRIT.PROC/COMP | ?? Y | N | N | B 0.000 | |
| 2. | 06 | 94/95 | 6010A | 12 | ENGLISH AS SEC | ?? Y | N | N | D- 0.000 | |
| 3. | 06 | 94/95 | 6201BI | 02 | MATH 6 | ?? Y | N | N | C 0.000 | |
| 4. | 06 | 94/95 | 6303A | 13 | SCIENCE | ?? Y | N | N | D 0.000 | |
| 5. | 06 | 94/95 | 6405A | 13 | SOCIAL STUDIES | ?? Y | N | N | C 0.000 | |
| 6. | 06 | 94/95 | 6501A | 23 | ART | ?? Y | N | N | 0.000 | |
| 7. | 06 | 94/95 | 6601A | 23 | OCC/TECH ED 1 | ?? Y | N | N | I 0.000 | |
| 8. | 06 | 94/95 | 6700A | 23 | PHYSICAL ED | ?? Y | N | N | 0.000 | |
| 9. | 06 | 94/95 | 6801A | 23 | MUSIC | ?? Y | N | N | 0.000 | |
| 10. | 07 | 95/96 | 7005A | 04 | COMP/RES/STUDIO | ?? Y | N | N | C 0.000 | |
| 11. | 07 | 95/96 | 7010A | 12 | ENGLISH AS SEC | ?? Y | N | N | C 0.000 | |
| 12. | 07 | 95/96 | 7201A | 04 | MATH | ?? Y | N | N | C 0.000 | |
| 13. | 07 | 95/96 | 7301A | 04 | SCIENCE (LIFE) | ?? Y | N | N | D- 0.000 | |

( M O R E )
USE SPECIAL KEYS TO SCROLL OR EXIT

SIS - HIST                                    ROGER L. PUTNAM VOCATIONAL TECH SC
                                                 Student History

Student ID: 16762504          BOYNOVSKIY, ANDREY

| | Grd | Year | Abbr | Sec | Crse Text | Grade Lvl Cnt | GPA | In Cum Cred | Term 1 Mrk Credit | Ter Mrk C |
|---|---|---|---|---|---|---|---|---|---|---|
| 14. | 07 | 95/96 | 7331A | 04 | HEALTH | ?? Y | N | N | 0.000 | |
| 15. | 07 | 95/96 | 7402A | 04 | GEOGRAPHY | ?? Y | N | N | C- 0.000 | |
| 16. | 07 | 95/96 | 7501A | 04 | ART | ?? Y | N | N | 0.000 | |
| 17. | 07 | 95/96 | 7700A | 04 | PHYSICAL ED | ?? Y | N | N | 0.000 | |
| 18. | 07 | 95/96 | 7801A | 04 | MUSIC | ?? Y | N | N | C 0.000 | |
| 19. | 08 | 96/97 | 8010A | 12 | ENGLISH AS SEC | 12 Y | Y | Y | D 0.000 | |
| 20. | 08 | 96/97 | 8201A | 01 | PRE-ALGEBRA | 8 Y | N | N | D 0.000 | |
| 21. | 08 | 96/97 | 8301A | 01 | SCIENCE (EARTH) | 8 Y | N | N | C- 0.000 | |
| 22. | 08 | 96/97 | 8331A | 01 | HEALTH | 8 Y | N | N | 0.000 | |
| 23. | 08 | 96/97 | 8402B | 01 | U.S. HISTORY | 8 Y | N | N | C 0.000 | |
| 24. | 08 | 96/97 | 8501A | 01 | ART | 8 Y | N | N | 0.000 | |
| 25. | 08 | 96/97 | 8700A | 01 | PHYSICAL ED | 8 Y | N | N | 0.000 | |
| 26. | 09 | 97/98 | 0706A | 11 | ESL 1 | 12 Y | Y | Y | F 0.000 | |

( M O R E )
USE SPECIAL KEYS TO SCROLL OR EXIT

SIS - HIST                                    ROGER L. PUTNAM VOCATIONAL TECH SC
                                                 Student History

Student ID: 16762504          BOYNOVSKIY, ANDREY

| | Grd | Year | Abbr | Sec | Crse Text | Grade Lvl Cnt | GPA | In Cum Cred | Term 1 Mrk Credit | Ter Mrk C |
|---|---|---|---|---|---|---|---|---|---|---|
| 27. | 09 | 97/98 | ALG 1 | 15 | ALGEBRA 1 CC | 12 Y | Y | Y | F 0.000 | |
| 28. | 09 | 97/98 | DRILL | 14 | DRILL | 11 Y | Y | Y | F 0.000 | |
| 29. | 09 | 97/98 | ENG 9 | 12 | ENGLISH 9 TP | 12 Y | Y | Y | F 0.000 | |
| 30. | 09 | 97/98 | PE 9 | 06 | PHYS ED 9 | 10 Y | Y | Y | F 0.000 | |
| 31. | 09 | 97/98 | READIN | 33 | READING LAB | 11 Y | Y | Y | F 0.000 | |

PAGE: 70

OFFICE COPY

# REPORT OF PROGRESS - GRADES 6, 7 & 8
### SPRINGFIELD PUBLIC SCHOOLS
### SPRINGFIELD, MASSACHUSETTS

11/07/96

| NUMBER | NAME | HR. ROOM | GRADE | SCHOOL |
|---|---|---|---|---|
| 16762504 | BUYNOVSKIY, ANDREY | 17 | 8 | BROO |

| COURSE NUMBER | ROOM | SUBJECT | 1 | 2 | 3 | 4 | FINAL GRADE | EFFORT | SELF CONTROL | PARTICIPATION | HOMEWORK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8001A | NORT | ENGLISH | D- | | | | | 3 | 2 | 3 | 2 |
| 8005A | SMIT | COMP/RES/STUDI | D | | | | | 2 | 2 | 2 | 2 |
| 8010A | WRIS | ENGLISH AS SEC | C | | | | | 3 | 3 | 3 | 1 |
| 8201A | DUBI | PRE-ALGEBRA | D | | | | | 2 | 2 | 2 | 3 |
| 8301A | COST | SCIENCE (EARTH | C+ | | | | | 3 | 3 | 3 | |
| 8331A | RYAN | HEALTH | S | | | | | 2 | 2 | 2 | 2 |
| 8402A | LEVI | U.S. HISTORY | C+ | | | | | | | | |
| 8501A | SHAP | ART | S | | | | | 1 | 1 | 1 | |
| 8700A | RYAN | PHYSICAL ED | S | | | | | 3 | 2 | 3 | |
| 8801A | FOST | MUSIC | NG | | | | | | | | |
| 8911A | ALON | LIFE SKILLS | NG | | | | | | | | |

**ACHIEVEMENT / PERSONAL GROWTH**

| ATTENDANCE | 1 | 2 | 3 | 4 | TOTAL |
|---|---|---|---|---|---|
| ABSENT | 1.0 | | | | 1.0 |
| TARDY | 0 | | | | 0 |
| DIS | 0.0 | | | | 0.0 |

пешеходам стоять,    машинам следовать дальше.
школьная зона. Продолжать путь с осторожностью.
машинам остановиться. Пешеходам разрешается переход.
приближаются пожарные машины.

<u>КОГДА НА СВЕТОФОРЕ ГОРИТ ОДИН КРАСНЫЙ СВЕТ</u> :

/ продолжать путь с осторожностью.
/ остановиться только тогда, когда рядом другая машина.
:/ приближаются пожарные машины.
1/ машина должна остановиться.

<u>ПРИБЛИЖАЯСЬ К ШКОЛЬНОМУ АВТОБУСУ КОТОРЫЙ ОСТАНОВИЛСЯ, ЧТОБЫ ДАТЬ
ВОЗМОЖНОСТЬ ПАССАЖИРАМ ВОЙТИ ИЛИ ВЫЙТИ, ВОДИТЕЛЬ ДОЛЖЕН</u> :

в/ остановиться, если в автобусе включены и мигают передние и задние огн
в/ снизить скорость до 30 м/час.
сД остановиться и стоять, пока пассажиры все не выйдут с автобуса.
л/ продолжать путь с осторожностью.

<u>МИГАЮЩИЙ ЗЕЛЕННЫЙ СВЕТ НА СВЕТОФОРЕ ОБОЗНАЧАЕТ</u> :

а/ машинам остановиться,    пешеходам переходить.
в/ перекресток, будь готов остановиться перед сменой сигнала.
с/ остановись, прежде чем выехать на перекресток.
л/ школьная зона, следовать с осторожностью.

<u>КАКОЕ ОБОРУДОВАНИЕ ПОМИМО ТОРМОЗОВ И СВЕТА ДОЛЖНО БЫТЬ В МАШИНЕ</u> :

а/ измеритель расхода горючего.
в/ нагреватель и размораживатель.
с/ стеклоочистители / дворники /.
л/ отмораживатель задних стекол.

12.  <u>ОДНО ИЗ СЛЕДУЮЩИХ УТВЕРЖДЕНИЙ ПРАВИЛЬНО</u> :

а/ массачусетские права действительны в течении одного года со дня выда
в/ большинство автомобильных катастроф случается на хайвее.
с/ скорость никогда не должна быть меньше обозначенной.
л/ скорость всегда должна быть разумной и правильной.

19. ВЫЕЗЖАЯ С ЧАСТНОЙ ДОРОГИ ИЛИ ГАРАЖА, ВОДИТЕЛЬ ДОЛЖЕН :

   а/ вывести машину до тротуара, остановиться и проследить нет ли пеше

   в/ остановить машину и пропустить приближающиеся машины.

   с/ следовать с осторожностью и подавать сигналы.

   д/ остановиться только в том случае, если приближается транспорт.

20. ДОРОЖНЫЙ ЗНАК В ФОРМЕ КРУГА ОБОЗНАЧАЕТ :

   а/ пересечение с ж/дорогой.

   в/ наличие школы.

   с/ непроезжая часть дороги.

   д/ СТОП.

21. ВОДИТЕЛЬ, КОТОРОГО ОБГОНЯЮТ,  ДОЛЖЕН :

   а/ не мешать намеренному обгону.

   в/ отъехать от линии и продвигаться вперед к обгоняющей машине.

   с/ вести машину на уступ дороги.

   д/ ехать к левой линии и снизить скорость.

22. ПЕРЕДНИЕ ФАРЫ ДОЛЖНЫ ПЕРЕКЛЮЧАТЬ НА БЛИЖНИЙ СВЕТ — КОГДА ?

   а/ во время всего пути по хайвею.

   в/ при приближении встречной машины на расстоянии 500 фитов от нее.

   с/ при управлении на неосвещенном хайвее.

   д/ при приближении машины на расстоянии 300 фитов до нее.

23. КОГДА ДОЛЖНЫ ВКЛЮЧАТЬСЯ ФАРЫ ? :

   а/ через 1 час после заката солнца и за 1 час до его восхода.

   а/ когда все встречные машины едут с включенными фарами.

   с/ через 1/2 часа после заката солнца и за 1/2 часа до его восхода.

24. КТО НЕСЕТ ОТВЕТСТВЕННОСТЬ, КОГДА МАШИНОЙ УПРАВЛЯЕТ ЧЕЛОВЕК, НЕ И ВОДИТЕЛЬСКИХ ПРАВ,  ПО ВОДИТЕЛЬСКИМ ПРАВАМ ДРУГОГО ЧЕЛОВЕКА ? :

   а/ владелец машины.

   в/ только владелец водительских прав.

   с/ ни владелец прав, ни человек без водительских прав.

   д/ оба — водитель машины и владелец водительских прав.

25. ПРАВИЛА ПЕРЕСЕЧЕНИЯ ПЕРЕКРЕСТКА

   а/ машина, подъехавшая к перекрестку первой, имеет преимущество про

   в/ машина должна просигналить, прежде чем должна проехать перекрест

   с/ все машины, подъехавшие слева, имеют преимущество проезда.

   д/ правильный ответ не назван.

ВЫЕЗЖАЯ С ЧАСТНОЙ ДОРОГИ ИЛИ ГАРАЖА, ВОДИТЕЛЬ ДОЛЖЕН :

а/ вывести машину до тротуара, остановиться и проследить нет ли пешехо
в/ остановить машину и пропустить приближающиеся машины.
с/ следовать с осторожностью и подавать сигналы.
д/ остановиться только в том случае, если приближается транспорт.

). ДОРОЖНЫЙ ЗНАК В ФОРМЕ КРУГА ОБОЗНАЧАЕТ :

а/ пересечение с ж/дорогой.
в/ наличие школы.
с/ непроезжая часть дороги.
д/ СТОП.

1. ВОДИТЕЛЬ, КОТОРОГО ОБГОНЯЮТ, ДОЛЖЕН :

а/ не мешать намеренному обгону.
в/ отъехать от линии и продвигаться вперед к обгоняющей машине.
с/ вести машину на уступ дороги.
д/ ехать к левой линии и снизить скорость.

2. ПЕРЕДНИЕ ФАРЫ ДОЛЖНЫ ПЕРЕКЛЮЧАТЬ НА БЛИЖНИЙ СВЕТ — КОГДА ?

а/ во время всего пути по хайвею.
в/ при приближении встречной машины на расстоянии 500 фитов от нее.
с/ при управлении на неосвещенном хайвее.
д/ при приближении машины на расстоянии 300 фитов до нее.

23. КОГДА ДОЛЖНЫ ВКЛЮЧАТЬСЯ ФАРЫ ? :

а/ через 1 час после заката солнца и за 1 час до его восхода.
в/ когда все встречные машины едут с включенными фарами.
с/ через 1/2 часа после заката солнца и за 1/2 часа до его восхода.

24. КТО НЕСЕТ ОТВЕТСТВЕННОСТЬ, КОГДА МАШИНОЙ УПРАВЛЯЕТ ЧЕЛОВЕК, НЕ ИМ
ВОДИТЕЛЬСКИХ ПРАВ, ПО ВОДИТЕЛЬСКИМ ПРАВАМ ДРУГОГО ЧЕЛОВЕКА ? :

а/ владелец машины.
в/ только владелец водительских прав.
с/ ни владелец прав, ни человек без водительских прав.
д/ оба — водитель машины и владелец водительских прав.

25. ПРАВИЛА ПЕРЕСЕЧЕНИЯ ПЕРЕКРЕСТКА

а/ машина, подъехавшая к перекрестку первой, имеет преимущество прое
в/ машина должна просигналить, прежде чем должна проехать перекресто
с/ все машины, подъехавшие слева, имеют преимущество проезда.
д/ правильный ответ не назван.

в/ срочно отправить по почте свои водительские права в полицейс
регистратуру.

с/ срочно отправить по почте документ о регистрации машины.

д/ в течении 24 часов предоставить в регистратуру письменное за
о своей вине.

34.  БОЛЬШИНСТВО АВТОМОБИЛЬНЫХ КАТАСТРОФ СЛУЧАЕТСЯ ПРИ СЛЕДУЮЩИХ
ОБСТОЯТЕЛЬСТВАХ :

а/ во время зимних месяцев из-за снега и льда.

в/ там, где меньше всего ожидается, из за большой скорости и от
полного внимания.

с/ в деловой части города.

д/ на разделенном хайвее между 4 и 9 часами вечера.

35.  ЧТО ДОЛЖЕН СДЕЛАТЬ ВОДИТЕЛЬ, КОГДА ЕГО НАГОНЯЕТ ПОЖАРНАЯ МА
СПЕШАЩАЯ НА ПОЖАР:

а/ править к обочине слева и снизить скорость.

в/ ехать на прежней скорости.

с/ править к обочине справа и остановиться, пока пожарная маши
дет.

д/ можно следовать дальше, но снизить скорость.

36.  ГУСТОНАСЕЛЕННЫМ РАЙОНОМ СЧИТАЕТСЯ :

а/ местность, застроенная заводами.

в/ местность, где находится школа.

с/ местность, где жилые массивы находятся менее чем 200 футов
дорога.

д/ труднодоступная дорога.

37.  В РАЙОНЕ РАСПОЛОЖЕНИЯ ШКОЛЫ, НЕРАЗУМНОЙ СЧИТАЕТСЯ СКОРОСТЬ

а/ больше, чем 40 м/час.

в/ больше, чем 20 м/час.

с/ больше, чем 35 м/час.

д/ больше, чем 15 м/час.

38.  ВОДИТЕЛЬ ДОЛЖЕН ВЕСТИ МАШИНУ НА СКОРОСТИ НИЖЕ ТОЙ, КОТОРАЯ
ОБОЗНАЧЕНА УКАЗАТЕЛЯМИ :

а/ на всех двухрядных дорогах.

в/ только на разделенном хайвее.

с/ в случае наличия рискованной ситуации.

д/ между 1 и 4 часами ночи.

а/ указывает на наличие переходного перехода.

в/ на сход для пешеходов.

с/ приближение пожарных машин.

д/ указывает на перекресток, где машины должны остановиться.

46. КАК ОСУЩЕСТВЛЯЕТСЯ ПРАВЫЙ ПОВОРОТ НА ПЕРЕКРЕСТКЕ :

а/ водитель должен держаться как можно ближе к обочине в теч
всего поворота.

в/ водитель должен поставить машину на нейтральную передачу.

с/ водитель должен придерживаться левой стороны центрального

д/ водитель должен снизить скорость примерно до 30 м/час.

47. ОДНО ИЗ СЛЕДУЮЩИХ УТВЕРЖДЕНИЙ ПРАВИЛ :

а/ отмораживатель стекол считается необходимым оборудованием

в/ Spotlight можно употреблять при любых условиях.

с/ Lerners permit считается недействительным, если не подпи
владельцем.

д/ владетель может парковать машину в пределах 400 фитов от м
пожара.

48. КАК ВЫ БУДЕТЕ СПУСКАТЬСЯ С КРУТОГО ХОЛМА НА МАШИНЕ, ОБОРУД
АВТОМАТИЧЕСКОЙ ТРАНСМИСИЕЙ :

а/ используя аварийные тормоза.

в/ на обратной передаче.

с/ используя низкую передачу.

д/ правильный ответ не назван.

49. КАК ВЫ БУДЕТЕ СПУСКАТЬСЯ С ОЧЕНЬ КРУТОГО ХОЛМА НА МАШИНЕ,
ОБОРУДОВАННОЙ СТАНДАРТНОЙ ПЕРЕМЕННОЙ ТРАНСМИСИЕЙ :

а/ поставить машину на обратную передачу.

в/ использовать аварийные тормоза.

с/ поставить на высокую передачу.

д/ использовать 1ую, или 2ю передачу.

50. КАКОЕ ОБОРУДОВАНИЕ ТРЕБУЕТСЯ В МАШИНЕ :

а/ радио.

в/ глушитель, либо другое подходящее устройство, позволяющее у
ненужное.

с/ отмораживатель стекол.

д/ рулевое управление / автоматическое /.

ВОЙТИ И ВЫЙТИ, ВОДИТЕЛЬ ОБЯЗАН:

а/ не подъезжать ближе, чем на 8 ф. от остановки.

б/ отъехать не менее, чем на 400 футов.

с/ не проезжать вообще.

д/ правильный ответ не назван.

52. ОДНО ИЗ СЛЕДУЮЩИХ УТВЕРЖДЕНИЙ НЕВЕРНО :

а/ наружное освещение должно быть включено через 1/2 часа пос
восхода солнца и за 1/2 часа перед его восходом.

в/ водительские права выдаются лицам 16 лет и старше.

с/ водитель имеет право парковать машину в пределах 300 футо
места пожара.

д/ глушитель является обязательным оборудованием машины.

53. ОБГОНЯЯ МАШИНУ, СЛЕДУЮЩУЮ В ТОМ ЖЕ НАПРАВЛЕНИИ ВОДИТЕЛЬ О

а/ править влево, на безопасное расстояние.

в/ иметь ясный безпрепятственный обзор не менее, чем на 100

с/ править влево сплошной разделяющей полосы.

д/ правильный ответ не назван.

54. ПРЕЖДЕ, ЧЕМ ОТЪЕХАТЬ ОТ ТРОТУАРА ИЛИ СТОЯНКИ, ВОДИТЕЛЬ Д

а/ просигналить, указывая на намерение.

в/ просигналить другим машинам остановиться.

с/ включить сигнальные огни, прежде чем ехать.

д/ правильный ответ не назван.

55. ОДНО ИЗ СЛЕДУЮЩИХ УТВЕРЖДЕНИЙ ПРАВИЛЬНО :

а/ никому не разрешается парковаться ближе, чем 800 футов о

в/ массачусетские права действительны 6 лет.

с/ большинство катастроф происходят из за снега и льда.

д/ водитель должен быть более внимателен между 4 и 8 часам

56. КАЖДАЯ МАШИНА ПОДВЕРГАЕТСЯ ИНСПЕКЦИИ ДВАЖДЫ В ГОД.
ОДИН ИЗ ЭТИХ ПЕРИОДОВ :

а/ между 1 сентября и 15 октября.

в/ между 1 января и 15 февраля.

с/ в любое время в ноябре и декабре.

д/ между 1 июля и 15 августа.

57.   СКОЛЬКО СТОРОН ИМЕЕТ ЗНАК "СТОП"

   а/ три.   в/ пять.   с/ четыре.   д/ восемь.

58.   ДОРОЖНЫЙ ЗНАК, ЗАПРЕЩАЮЩИЙ ПРОЕЗД

   а/ в форме вымпела.

   в/ в форме ромба.

   с/ в форме прямоугольника.

   д/ в форме круга.

59.   КАКАЯ СКОРОСТЬ СЧИТАЕТСЯ НЕРАЗУМНОЙ, ЗА ПРЕДЕЛАМИ ГУСТОНАС
   РАЙОНА, НА НЕРАЗДЕЛЕННОМ ХАЙВЕЕ.

   а/ свыше 40 м/час.

   в/ свыше 30 м/час.

   с/ свыше 35 м/час.

   д/ свыше 25 м/час.

60.   О КАКИХ АВТОМОБИЛЬНЫХ ПРОИСШЕСТВИЯХ НУЖНО СРАЗУ ЗАЯВЛЯТЬ

   а/ любой случай, где человек пострадал или убит.

   в/ любое происшествие.

   с/ только тогда, когда человек ранен.

   д/ только тогда, когда человек убит.

61.   ПРИБЛИЖАЯСЬ К СЛЕПОМУ ПЕШЕХОДУ, ПЕРЕХОДЯЩЕМУ УЛИЦУ, ВОДИТ

   а/ полностью остановиться

   в/ уменьшить скорость и осторожно продолжать путь.

   с/ остановиться, если слепого сопровождает собака.

   д/ продолжать путь со скоростью 10 м/час.

62.   НЕ РАЗРЕШАЕТСЯ СЛЕДОВАТЬ ЗА ПОЖАРНОЙ МАШИНОЙ БЛИЖЕ ЧЕМ :

   а/ 800 футов.   в/ 400 футов.   с/ 300 футов.   д/ 600 фут

63.   ПРАВИЛЬНЫЙ СИГНАЛ РУКОЙ ДЛЯ ЛЕВОГО ПОВОРОТА СЛЕДУЮЩИЙ :

   а/ левая рука и кисть подняты вверх.

   в/ левая рука и кисть вытянуты.

   с/ левая рука и кисть опущены вниз.

   д/ правильный ответ не назван.

а/ использовать низкую передачу.

в/ выключить мотор и ехать с выключенным мотором.

с/ использовать нейтральную передачу отключения мотора.

д/ включить аварийние тормоза.

65.     МИНИМАЛЬНЫЙ ВОЗРАСТ ДЛЯ ВОЖДЕНИЯ МАШИНОЙ :

а/ 15 лет и 9 месяцев.

в/ 16 лет и старше.

с/ 16 лет, но не старше 70.

д/ 15 лет, при наличии 1 года практики.

66.    ОДНО ИЗ СЛЕДУЮЩИХ УТВЕРЖДЕНИЙ ПРАВИЛЬНО :

а/ машина должна иметь 2 тормозные системы в хорошем рабочем с

в/ машина должна иметь только одни служебные тормоза.

с/ машина должна иметь автоматические тормоза.

д/ правильный ответ не назван.

67.    КАКОЕ   УТВЕРЖДЕНИЕ НЕ ПРАВИЛЬНО :

а/ школьный автобус нельзя обгонять ни при каких обстоятельств

в/ водитель, чьи права анулированы, должен вернуть их в регист

с/ все зарегистрированные машины должны пройти инспекцию.

д/ большинство автокатастроф случается, когда менее всего ожид

68.    СПЛОШНАЯ ЛИНИЯ РЯДОМ С ПРЕРЫВИСТОЙ УКАЗЫВАЕТ :

а/ не пересекать сплошную линию в своем ряду.

в/ пересечь сплошную линию в случае обгона.

с/ пересечь сплошную линию в вашем ряду, для обгона медленной

д/ можно пересечь сплошную линию в вашем ряду при случае с хол

69.    ВОДИТЕЛЬ, ВОВЛЕЧЕННЫЙ В ЛЮБОЕ АВТОПРОИСШЕСТВИЕ ДОЛЖЕН :

а/ предъявить по просьбе инспектора свое страховое удостоверен

в/ предъявить по требованию свои водительские права.

с/ назвать свою страховую компанию.

д/ вызвать буксировочный грузовик.

70.    ЭКЗАМЕН НА УЧЕНИЧЕСКИЕ ПРАВА НЕ ВКЛЮЧАЕТ :

а/ проверку зрения.         (в/   вождение на дороге.

с/ знание правил вождения для водителя.

д/ проверку на цвет и положение.

71. ПРИБЛИЖАЯСЬ К СВЕТОФОРУ У ПЕРЕКРЕСТКА, КОГДА СВЕТ МЕНЯЕТСЯ С ЗЕЛЕНОГО НА ЖЕЛТЫЙ, ВОДИТЕЛЬ ДОЛЖЕН :

    а/ остановиться, если это можно сделать безопасно.

    в/

    с/

    д/

72. СПЛОШНАЯ ЛИНИЯ РЯДОМ С ПРЕРЫВИСТОЙ УКАЗЫВАЕТ :

    а/ не пересекать сплошную линию в своем ряду.

    в/ пересечь сплошную линию в своем ряду.

    с/ пересечь сплошную линию в вашем ряду, для обгона медленной

    д/ можно пересекать сплошную линию в своем ряду при спуске с

73. ВОДИТЕЛЬ, ВОВЛЕЧЕННЫЙ В ЛЮБОЕ АВТОПРОИСШЕСТВИЕ ДОЛЖЕН :

    а/ предъявить по просьбе инспектора свое страховое удостовере

    в/ предъявить по требованию свои водительские права.

    с/ назвать страховую компанию.

    д/ вызвать буксировочный грузовик.

74. ЭКЗАМЕН НА УЧЕНИЧЕСКИЕ ПРАВА НЕ ВКЛЮЧАЕТ :

    а/ проверку на зрение.

    в/ вождение на дороге.

    с/ знание правил вождения для водителя.

    д/ проверку на цвет и положение.

75. ПРИБЛИЖАЯСЬ К СВЕТОФОРУ У ПЕРЕКРЕСТКА, КОГДА СМЕНЯЕТСЯ С ЗЕЛЕНОГО НА ЖЕЛТЫЙ, ВОДИТЕЛЬ ДОЛЖЕН :

    а/ остановиться, если это можно сделать безопасно.

    в/ снизить скорость и продолжать путь с осторожностью.

    с/ увеличить скорость, чтоб освободить перекресток.

    д/ остановиться и подать задним ходом от пешеходной дорожки.

76. ФОРМА ЗНАКА, УКАЗЫВАЮЩАЯ НА ПЕРЕСЕЧЕНИЕ Ж/ДОРОЖНЫХ ПУТЕЙ

    а/ круглая.    в/ ромб.    с/ квадрат.    д/ треугольни

77. ПРАВИЛЬНЫЙ СИГНАЛ ДЛЯ ПРАВОГО ПОВОРОТА :

    а/ левая рука и кисть вытянуты прямо.

    в/ левая рука и кисть подняты вверх.

    с/ левая рука и кисть вытянуты.

    д/ левая рука и кисть опущены вниз.

78.  ПРИБЛИЖАЯСЬ к остановке школьного автобуса, прежде чем продолжать путь.

   а/ всегда полностью остановиться, прежде чем продолжать путь.
   в/ просигналить и проезжать медленно.
   с/ полностью остановиться в том случае, если рядом есть другой транспорт.
   д/ подать сигнал рукой и проезжать медленно.

79.  ПРАВДА ЛИ, ЧТО ЮНОШЕСКИЕ ПРАВА ВЫДАЮТСЯ :

   а/ лицам, не менее 16 лет.
   в/ запрещают вождение машиной между 1 и 5 часами дня.
   с/ выдаются лицам, старше 21 года и не младше 25 лет.
   д/ действуют только в дневное время.

80.  ОДНО ИЗ СЛЕДУЮЩИХ УТВЕРЖДЕНИЙ ПРАВИЛЬНО :

   а/ скорость 45 м/час, считается разумной в густонаселенном ра
   в/ большинство автокатастроф происходит в рабочие дни.
   с/ все машины должны остановиться при мигающем желтом свете.
   д/ зеленые стрелки разрешают проезд при горящем красном свете

З Н А К И

