07 December 2006

FILED

Andrey Buynovskiy
Reg#90788-038
Low Security Correctional Institution-Allenwood
PO Box 1000
White Deer, PA 17887

Clerk of the Court
U.S. District Court
155 Main Street.
Springfield, MA 01108

Docket Number: 3-02CR30043-004-MAP
Judge: Ponsor
Date Sentenced/ May, 3rd 2006
Probation Imposed: 03/20/2006

Dear Sir:

   I am in the process of immigration proceedings to determine my eligibility to remain in the United States upon my release from LSCI Allenwood, January 28, 2007. In this regard, I am requesting the sentencing transcripts relevant to the information provided above. My sister, **Svetlana Korobkov**, who resides at **145 Manchester Terrace, Springfield, MA (tel:413-219-3704)**, will present herself at your office, along with a copy of this letter, to pick up copies of these transcripts.

   Thank you for your time and consideration into this matter.

Respectfully,

Andrey Buynovskiy
Cc:Korobkov